UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marilee S. Rowe,                                                         Civil 04-4492 JNE/FLN

     Plaintiff,

     v.                                                                  O R D E R

Jo Anne B. Barnhart,
Commissioner of Social Security,

     Defendant.
_____

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 24, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that:

     1.  The petition of Plaintiff's counsel for attorney's fees and costs pursuant to 28 U.S.C. Section 2412 is GRANTED; and

     2.  Therefore, the Government is ordered to pay Ms. Rowe $6911.99 in attorney's fees and costs.

DATED: September 5, 2006.           s/ Joan N. Ericksen
at Minneapolis, Minnesota           JUDGE JOAN N. ERICKSEN
                                                        United States District Court